

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-20-2007

# Healey v. Comcast SE PA Inc

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1881

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Healey v. Comcast SE PA Inc" (2007). *2007 Decisions.* Paper 1243.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1243

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 04-1881


ROBERT T. HEALEY;
WILLIAM J. HEALEY, as Co-Partners
t/a "Falls Creek Village" and
"Commons at Fallsington",


Appellants


v.


COMCAST OF SOUTHEAST PENNSYLVANIA, INC.

_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No.: 03-cv-5773
District Judge: The Honorable Harvey J. Bartle, III
_____

ORDER AMENDING OPINION
_____


It is hereby O R D E R E D that the Not Precedential Opinion filed on April 16, 2007 is hereby amended to correct a typographical error with respect to the footnote. The footnote appearing on page 2 should be designated as footnote number 1 rather than footnote number 2.


For the Court,


 /s/ Marcia M. Waldron
Clerk


Date: April 20, 2007

lwc/cc:   Emil J. Kiehne, Esq.
Roberto Rivera-Soto, Esq.
Scott L. Vernick, Esq.
Michael K. Coran, Esq.
Lisa A. Lori, Esq.
Ira A. Rosenau, Esq.